CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZLATA VELIKAIA, *et al.*,

            Plaintiffs,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

            Defendants.

Case No. 3:24-cv-08893-VC

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER**

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On March 25, 2026, the Court granted the parties' request to stay proceedings until June 18, 2026. Dkt. No. 15. United States Citizenship and Immigration Services (USCIS) reinterviewed Plaintiff Velikaia on June 5, 2026. Following the reinterview, USCIS is working to complete its review of Plaintiff's application but needs a brief period of additional time to do so.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 20, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 18, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated:  June 18, 2026

*s/ Zlata Velikaia*
ZLATA VELIKAIA
Pro Se Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until July 20, 2026.

Date:   June 23, 2026

_____
HON. VINCE CHHABRIA
United States District Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
Case No. 3:24-cv-08893-VC                    2